IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEVEN W. BALLENTINE                                                                          PLAINTIFF

      v.            Civil No. 11-3013

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this <u>4th</u> day of April 2012.

                                          /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI'
                                          CHIEF UNITED STATES MAGISTRATE JUDGE