IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEVEN W. BALLENTINE                                        PLAINTIFF

v.                  Civil No. 11-3013

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                         DEFENDANT

### **O R D E R**

    For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

    IT IS SO ORDERED AND ADJUDGED this 4th day of April 2012.

                                                   /s/ *J. Marschewski*
                                           HON. JAMES R. MARSCHEWSKI'
                                           CHIEF UNITED STATES MAGISTRATE JUDGE